**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Olymphia H Johnson<br><br>             Debtor(s)<br><br>Mortgage Assets Management, LLC<br>             Movant<br><br>v.<br>Olymphia H Johnson<br><br>             Respondent(s) | Chapter: 13<br><br>Case No: 24-11756-pmm |

**AMENDED OBJECTION OF MORTGAGE ASSETS MANAGEMENT, LLC TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 242 CHRISTIAN STREET, A/K/A 242 CHRISTIAN STREET, SECOND WARD, PHILADELPHIA, PA 19147-4245**

      Mortgage Assets Management, LLC (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Olymphia H Johnson (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

      1. On July 19, 2010, Olymphia Johnson signed a note in the principal sum of $496,500.00 evidencing a loan from Generation Mortgage Company in the same amount, secured by the real property located at 242 Christian Street, A/K/A 242 Christian Street, Second Ward, Philadelphia, PA 19147-4245 (hereinafter, the "Property"), as evidenced by a mortgage executed by Olymphia Johnson A/K/A Olymphia Hanksinson in favor of Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Generation Mortgage Company, which mortgage is duly recorded with the Recorder of Deeds for Philadelphia County on August 13, 2010 at Book n/a at Page n/a at Instrument No. 52247935.

      2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

      3. Debtor filed the Chapter 13 Bankruptcy Petition on May 23, 2024 and as a result, any State Court proceedings were stayed.

      4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

          a.    The Plan is infeasible in that the Plan:

               i.    is underfunded and does not provide sufficient funds to pay the claims

               ii.    does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $5,604.80. *See* Claim 2.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, Mortgage Assets Management, LLC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully submitted,

STERN & EISENBERG, PC

By: /s/ Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876

Date: September 26, 2024               Counsel for Movant