## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Olymphia H Johnson | : | Chapter 13 |
| | : | Case No.: 24-11756-PMM |
| Debtor. | : | |

### MOTION TO RECONSIDER ORDER GRANTING MOTION TO DISMISS CASE

Olymphia H Johnson, (the "Debtor"), hereby moves this Honorable Court to vacate its Order dated November 07, 2024, granting the Motion to Dismiss Case, and in support thereof respectfully states the following:

1. The Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code (the "Chapter 13 Case") on May 23, 2024 (the "Petition Date").

2. The Chapter 13 Case was assigned case number 24-11756.

3. On or about September 30, 2024, the Trustee filed a Motion to Dismiss Case for Failure to Make Plan Payments. [Docket No. 24]

4. The Debtor made a payment to cure her trustee arrears, but the payment was not posted in time to settle the Motion to Dismiss.

5. As of the date of this filing, the Chapter 13 trustee arrears have been received and the debtor intends to remain current on trustee payments for the duration of the case.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court enter an Order vacating the Order dated November 07, 2024, granting the Motion to Dismiss Case.

Respectfully submitted,

/s/ Brad J. Sadek, Esquire

Dated: November 14, 2024

Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*